*Solicitor General Stern, Assistant Attorney General Lyon, Ellis N. Slack* and *John Lockley* for respondent. ▮

No. 12, Misc.   HASSON *v.* HIATT, WARDEN.   C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se. Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *Edward S. Szukelewicz* for respondent. ▮

No. 70, Misc.   BYERS ET AL. *v.* STEELE, WARDEN.   C. A. 8th Cir.   Certiorari denied. ▮

No. 78, Misc.   KUIKEN *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se. Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States. ▮

No. 91, Misc.   CHRONISTER *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   Petitioner *pro se. Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *Felicia H. Dubrovsky* for the United States. ▮

No. 101, Misc.   SELLERS *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   *Anthony P. Nugent* for petitioner.   *Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. ▮

No. 121, Misc.   ROBINSON *v.* SWOPE, WARDEN.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se. Acting Solicitor General Stern, Assistant Attorney General Murray* and *Beatrice Rosenberg* for respondent. ▮